UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Ascension Air Management, Inc., | ) | Case No. 20-62473-PMB |
| | ) | |
| Debtor. | ) | |

## **NOTICE OF APPEARANCE**

Please take notice that, pursuant to Bankruptcy Rule 9010(b), Michael D. Flint and Jonathan A. Akins of the firm of Schreeder, Wheeler & Flint, LLP, whose office address and telephone number appears below, hereby enter an appearance in the above-referenced case as counsel for Air JP, LLC and Air Columbia, LLC (collectively, "Creditors"), and hereby authorize you to enter such appearance and to do all that is necessary in connection therewith.

Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, Creditors requests that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and/or e-mail address below:

Michael D. Flint
Jonathan A. Akins
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.,
Suite 800
Atlanta, Georgia 30309
Telephone: 404-681-3450
Facsimile: 404-681-1046
mflint@swfllp.com
jakins@swfllp.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, courier service, electronic filing, telephone or otherwise filed with regard to the above-reference cases and the proceedings.

Please take further notice that Creditors intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive their rights with respect to (1) having final orders in noncore matters entered only after de novo review by the district judge; (2) trial by jury in an proceeding so triable in these cases or any cases, controversy or proceeding related to these cases; (3) having the district court withdraw the reference in any matter subject to mandatory or discretionary

2

withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves.

This the 10th day of February, 2020.

                                                 */s/ Jonathan A. Akins*
                                                 MICHAEL D. FLINT
                                                 GEORGIA BAR NO. 264725
                                                 JONATHAN A. AKINS
                                                 GEORGIA BAR NO. 472453
                                                 *Attorney for Creditors*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
Telephone:  (404) 681-3450
Facsimile:  (404) 681-1046
E-mail:    mflint@swfllp.com
E-mail:    jakins@swfllp.com

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within and foregoing NOTICE OF APPEARANCE was served on all registered filers who have entered an appearance in this case through the Court's electronic case filing system (ECF).

This the 10th day of February, 2020.

/s/ Jonathan A. Akins
Jonathan A. Akins, Esq.
Georgia Bar No. 472453

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
jakins@swfllp.com