UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk
FEB 21 2020
By: _____
Deputy Clerk

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Ascension Air Management, Inc., | ) | |
| | ) | Case No. 20-62473-PMB |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to Bankruptcy Rule 901(b), Alan Armstrong, Esq., whose office address and telephone number appear below, hereby enters an appearance in the above-referenced case as counsel for Triple T Holdings, Inc., (hereinafter "Creditor"), and hereby authorize you to enter such appearance and to do all that is necessary in connection therewith.

Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, the Creditor requests that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and/or email address below:

Alan Armstrong, Esq.
2900 Chamblee Tucker Road.
Bldg. 5-350
Atlanta, GA  30341
770-4510-0313 – O
770-451-0317 – F

1

alan@alanarmstronglaw.com
aaparalegal@alanarmstronglaw.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan of reorganization, disclosure statement order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, courier service, electronic filing, telephone or otherwise filed with regard to the above referenced case and the proceedings.

Please take further notice that Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive its rights with respect to (1) having final order in noncore matters entered only after de novo review by the district judge; (2) trial by jury in a proceeding so triable in these cases or any cases, controversy or proceeding related to these cases; (3) having the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law,

in equity or otherwise, all of which rights , claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserved.

This the 18th day of February, 2020.

_____
ALAN ARMSTRONG
Georgia Bar No. 022075
*Attorney for Triple T, Inc.*

2900 Chamblee-Tucker Road
Building 5, Suite 350
Atlanta, Georgia   30341
770-451-0313 – Office
770-451-0317 – Fax
alan@alanarmstronglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served this 18th day of February the foregoing NOTICE OF APPEARANCE was served on all registered filers listed below who have entered an appearance in this case through the Court's electronic case filing system (ECF). This document is being filed by mail until counsel is registered to file in the CM/ECF System:

Michael D. Robl, Esq.
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084
michael@roblgroup.com

Michael D. Flint, Esq.
Jonathan A. Akins, Esq.
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-4516
mflint@swfllp.com
jakins@swfllp.com

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

ALAN ARMSTRONG
Georgia Bar No. 022075
*Counsel for Triple T Holdings, Inc.*

2900 Chamblee-Tucker Road
Building 5, Suite 350
Atlanta, GA 30341
770-451-0313 – Office
770-451-0317 – Fax
alan@alanarmstronglaw.com

4