# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: 20-62473-pmb |
| ASCENSION AIR MANAGEMENT, INC. | ) |
| | ) CHAPTER 7 |
| DEBTOR. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, James C. Joedecke, Jr. and Graham Keith Brantley and the law firm of Andersen, Tate & Carr, P.C. and file this Notice of Appearance and Demand for Service of Papers, as Counsel for and on behalf of BPAJRNEA Aviation, LLC, a creditor and party in interest in the above-styled case and hereby request receipt of all notices and orders entered in this case.

This 3rd day of March, 2020.

          Respectfully submitted,

          ANDERSEN, TATE & CARR, P.C.

          */s/Graham K. Brantley*
          James C. Joedecke, Jr.
          State Bar No. 391885
          Graham K. Brantley
          State Bar No. 942600

One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
(770) 822-0900
jjoedecke@atclawfirm.com
gbrantley@atclawfirm.com
Attorneys for BPAJRNEA Aviation, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within and foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was served on all registered filers who have entered an appearance in this case through the Court's electronic case filing system (ECF).

This 3rd day of March, 2020.

Respectfully submitted,

ANDERSEN, TATE & CARR, P.C.

/s/Graham K. Brantley
James C. Joedecke, Jr.
State Bar No. 391885
Graham K. Brantley
State Bar No. 942600
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
(770) 822-0900
jjoedecke@atclawfirm.com
gbrantley@atclawfirm.com
Attorneys for
BPAJRNEA Aviation, LLC