UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :    CHAPTER 7
                                                :
ASCENSION AIR MANAGEMENT, INC,  :    CASE NO. 20-62473-PMB
                                                :
      Debtor.                              :
                                                :

## NOTICE OF LACK OF INSURANCE OR
## INADEQUATE INSURANCE COVERAGE

**NOTICE IS HEREBY GIVEN** by S. Gregory Hays, the Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate (the "**Estate**") of the above-named Debtor (the "**Debtor**"), that the following property in which the Debtor has a full or partial interest (the "**Property**") may not be insured, may not be sufficiently insured or may not be covered by enforceable hazard or liability insurance for the benefit of the Debtor, the secured creditors, or the Estate:

**Eclipse Aviation EA500 aircraft with tail No. N826EX**

The Trustee and the Estate lacks sufficient funds to pay insurance premiums. Any secured party or party in interest that has an interest in the Property should be on notice to purchase and obtain appropriate insurance to protect their interest in the Property.

Submitted this 5th day of March, 2020.

        /s
        ———————————————
        S. Gregory Hays
        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on March 5, 2020, I served a copy of the foregoing **NOTICE OF LACK OF INSURANCE OR INADEQUATE INSURANCE COVERAGE** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated on the attached Exhibit "A."

This 5th day of March, 2020.

_/s_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060

# Exhibit "A"

Darrell Mays
 c/o John Monahon Esq;
Ste 500
400 Colony Sq. 1202 Peachtree
Atlanta, GA 30361-6302

Traylor & Associates, LLC
100 Gulf Shore Drive - Unit 309
East Pass Towers
Destin, FL 32541

Universal Weather and Aviation, Inc.
1150 Gemini Street
Houston, TX 77058

Aero Specialty
18216 Edison Avenue
Chesterfield, MO 63005-3704

HT Eclipse, LLC
197 14th Street NW
Suite 250
Atlanta, GA 30318

DeKalb-Peachtree Airport
2000 Airport Road
Administration Bldg. Room 212
Atlanta, GA 30341

Jamail Larkins
2447 Field Way NE
Atlanta, GA 30319-4094

Ascension Air Management, Inc
2447 Field Way NE
Atlanta, GA 30319-4094

Region Capital
323 Sunny Isles Blvd Suite 501
North Miami Beach, FL 33160-4675

CLBD Real Estate Holdings, LLC
3460 Moye Trail
Duluth, GA 30097

Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

John Probst
371 Clear Spring Ct
Marietta, GA 30068-3410

Triple T Holdings, Inc.
3901 The Battery
Duluth, GA 30096

Sutlive Aviation, LLC
4594 Winters Chapel Road
Atlanta, GA 30360

Multi Service
8600 West 100th St
Overland Park, KS 66210

Universal Fuel, Inc.
8787 Tallyho Rd
Houston, TX 77061

CT Corporation System
As Representative
330 N Brand Blvd, STE 700
Attn: SPRS
Glendale, CA 91203

Executive Visions, Inc.
c/o John M. (Jack) McGovern
McGovern Law Firm
7000 Miller Court East
Norcross, GA 30071

IRS
Cincinnati, OH 45999-0038

Ellis R. Lesemann
Lesemann & Associates LLC
418 King Street, Ste 301
Charleston, SC 29403

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303-3309

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084-5623

Jonathan A Akins
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street NE
Atlanta, GA 30309-4516

Graham K. Brantley
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Blvd, Ste 4000
Duluth, GA 30097

Alan Armstrong, Esq
2900 Chamblee Tucker Rd
Bldg. 5-350
Atlanta, GA 30341

Brian Hall
Smith, Gambrell & Russell
Promenade, Suite 3100
1230 Peachtree St. N.E
Atlanta, GA 30309