UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | Case No. 20-62473-pmb |
| Ascension Air Management, Inc., | Chapter 7 |
| Debtor. | |

**Notice of Appearance**

Pursuant to Fed.R.Bankr.P. 9010(b), John M. McGovern is appearing for creditor Executive Visions, Inc. and requests service of all documents filed in this case.

Dated: March 26, 2020

/s/ John M. McGovern
John M. McGovern
Georgia Bar No. 492855
McGovern Law Firm
7000 Miller Court East
Norcross, GA 30071-1454
404.920.8510
404.920.8512 (fax)
jmcgovern@mcgovernfirm.com

## Certificate of Service

I certify that today I served via first class United States Postal Service mail a copy of the foregoing **Notice of Appearance** upon the following individuals and entity:

Alan Armstrong
2900 Chamblee Tucker Road
Building 5, Ste. 350
Atlanta, GA 30341-4100

Darrell Mays
c/o John Monahon Esq; Ste 500
400 Colony Sq. 1202 Peachtree
Atlanta, GA 30361-6302

Jamail Larkins
2447 Field Way NE
Atlanta, GA 30319-4094

Multi Service
8600 West 100th St
Overland Park, KS 66210

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084-5623

Aero Specialty
18216 Edison Avenue
Chesterfield, MO 63005-3704

Ascension Air Management, Inc
2447 Field Way NE
Atlanta, GA 30319-4094

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

James C. Joedecke Jr.
Anderson, Tate & Carr, PC
One Sugarloaf Centre–Suite 4000
1960 Satellite Blvd.
Duluth, Ga 30097-4122

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Jonathan A Akins
Schreeder, Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street NE
Atlanta, GA 30309-4516

Graham Keith Brantley
Anderson Tate & Carr, P.C.
Suite 4000
1960 Satellite Blvd.
Duluth, GA 30097-4128

John Probst
371 Clear Spring Ct
Marietta, GA 30068-3410

Region Capital
323 Sunny Isles Blvd Suite 501
North Miami Beach, FL 33160-4675

Dated: March 26, 2020

/s/ John M. McGovern
John M. McGovern
Georgia Bar No. 492855
McGovern Law Firm
7000 Miller Court East
Norcross, GA 30071-1454
404.920.8510
404.920.8512 (fax)
jmcgovern@mcgovernfirm.com