LAW OFFICES
## SCHREEDER, WHEELER & FLINT, LLP
1100 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA 30309-4516

TELEPHONE: (404) 681-3450
FACSIMILE: (404) 681-1046

Jonathan A. Akins                                                          E-Mail: jakins@swfllp.com

March 18, 2020

Honorable Paul Baisier
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW.
Atlanta, Georgia 30303



Filed in U.S. Bankruptcy Court
Atlanta, Georgia
APR - 1 2020
By: M. Regina Thomas, Clerk
Deputy Clerk

RE:  Notice of Leave of Absence
     IN RE: Ascension Air Management, Inc.
     Chapter 7, Case No. 20-62473-pmb

Dear Judge Baisier:

In accordance with the Local Rules for the Northern District of Georgia, Rule 9010-5(e) as well as the Federal Rules of Civil Procedure and Bankruptcy Rules, I respectfully request that no hearings be scheduled in the above-referenced case requiring appearance of counsel for the following dates (inclusive) for the reason that counsel will be out-of-town during these periods:

- **SEPTEMBER 14, 2020 THROUGH AND INCLUDING SEPTEMBER 21, 2020**

No hearings are currently scheduled for these dates.

I am notifying all parties of record by ECF and/or by U.S. First Class Mail.

If there are any questions regarding the above, kindly contact me at (404) 681-3450.

Respectfully yours,

/s/ *Jonathan A. Akins*

Jonathan A. Akins

JAA/abm