UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA (ATLANTA)

IN RE: )
)
ASCENSION AIR MANAGEMENT, INC. )
) CASE NO: 20-62473-PMB
) CHAPTER 7
)
Debtor. )
)

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Robert P. Mangum of the firm Turner Padget Graham & Laney, P.A. who files this Notice of Appearance and Request for Notice as Counsel and on behalf of Sutlive Aviation, LLC, a creditor and party-in-interest in the above-styled case and hereby requests receipt of all actions entered in this case.

Dated: 4/8/2020

TURNER PADGET GRAHAM & LANEY, P.A.

/s/ Robert P. Mangum
Robert P. Mangum
GA Bar No. 268222
rmangum@turnerpadget.com
PO Box 1495
209 Seventh Street, Third Floor
Augusta, GA 30903
706-722-7543
Attorney for Sutlive Aviation, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ASCENSION AIR MANAGEMENT, INC. | ) CASE NO: 20-62473-PMB |
| | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was served on all filers within the CM/ECF system.

Dated: 4/8/2020

TURNER PADGET GRAHAM & LANEY, P.A.

/s/ Robert P. Mangum
Robert P. Mangum
GA Bar No. 268222
rmangum@turnerpadget.com
PO Box 1495
209 Seventh Street, Third Floor
Augusta, GA 30903
706-722-7543
Attorney for Sutlive Aviation, LLC