UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ASCENSION AIR MANAGEMENT, ) | CASE NO. 20-62473-PMB |
| INC. ) | |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Louis G. McBryan of McBRYAN, LLC, who files this Notice of Appearance and Request for Notice as Counsel and on behalf of CLBD Real Estate Holdings, LLC, a creditor and party-in-interest in the above-styled case and hereby requests receipt of all actions entered in this case.

This 20th day of April 2020.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, Georgia 30328
Tel (678)733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
***Attorneys for CLBD Real Estate Holdings, LLC***

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC. | ) | CASE NO. 20-62473-PMB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have electronically file the foregoing *Notice of Appearance and Request for Notices* with the Clerk of Court using the CM/ECF system which will send electronic notification to all users who have consented to such service.

This 20th day of April 2020.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993