UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Ascension Air Management, Inc.,<br><br>    Debtor. | Case No. 20-62473-pmb<br><br>Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that Darrell Mays ("Mays"), a creditor and party in interest in the above-captioned chapter 11 cases, by and through its counsel, Taylor English Duma LLP, hereby enters this appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in this chapter 7 case.  Mays requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this case, and copies of all papers served or required to be served in this chapter 7 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to this chapter 7 case, be given and served upon Taylor English Duma LLP at the following address:

- 1 -

John W. Mills, III
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
Telephone:  770-434-6868
Facsimile:  770-434-7376
jmills@taylorenglish.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in this chapter 7 case; (ii) affects, or seeks to affect (a) the above-captioned Debtor and/or its estate or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtor or its estate may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by Mays.

**PLEASE TAKE FURTHER NOTICE** that Mays does not, by filing this Notice of Appearance and Request for Service of Papers, nor by any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that

this Notice of Appearance and Request for Service of Papers constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Mays is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Mays Companies expressly reserves.

DATED:  June 24, 2020.                    TAYLOR ENGLISH DUMA LLP

                                                      By: */s/ John W. Mills, III*
                                                         John W. Mills, III
                                                         GA Bar No. 509705
                                                         *Attorney for Darrell Mays*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2020, I caused a copy of the foregoing **Notice of Appearance and Request for Special Notice** to be served on all parties receiving notice in this proceeding through the Court's ECF system.

This 24th day of June, 2020.

/s/ *John W. Mills, III*
John W. Mills, III
GA Bar No. 509705

*Attorney for Darrell Mays*