# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 20-62473-PMB  
**Case Name:** ASCENSION AIR MANAGEMENT, INC  
**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 02/10/2020 (f)  
**§ 341(a) Meeting Date:** 03/17/2020  
**Claims Bar Date:** 08/03/2020

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cirrus single engine, fixed wing, 5-set aircraft with tail No. N928CS. | 400,000.00 | 0.00 | | 0.00 | 400,000.00 |
| 2 | Eclipse Aviation EA500 aircraft with Tail Number N826ES (u) <br> Ownership not originally scheduled. Liens exceed value of aircraft. Notice of abandonment filed on 7/13/20. Dkt # 34. | 400,000.00 | 0.00 | OA | 0.00 | 400,000.00 |
| 2 | Assets    Totals    (Excluding unknown values) | **$800,000.00** | **$0.00** | | **$0.00** | **$800,000.00** |

**Major Activities Affecting Case Closing:**

Trustee filed a Notice of Abandonment of the Eclipse Aviation EA500 aircraft on 7/13/2020.  
Trustee is discussing a possible carve-out from the sale of the Cirrus SR22T.  
Trustee s investigating whether any other recovery or claims exist.

**Initial Projected Date Of Final Report (TFR):** 09/30/2022

**Current Projected Date Of Final Report (TFR):** 09/30/2022

07/30/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays