## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **In re:** | **Case No. 20-62473-pmb** |
| **Ascension Air Management, Inc.,** | **Chapter 7** |
| Debtor. | |

## MOTION OF DARRELL MAYS FOR RULE 2004 PRODUCTION OF DOCUMENTS BY DEBTOR

Darrell Mays ("**Movant**" or "**Mays**"), a secured creditor and party in interest in this chapter 7 case, by and through his counsel, files this motion (the "**Motion**") seeking an order authorizing Movant to compel the Debtor, Ascension Air Management, Inc., to produce documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, Movant respectfully shows the Court as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On July 1, 2015, Debtor issued a promissory note to Movant in the original principal amount of $500,000. On January 15, 2018, Debtor issued a second promissory note to Movant in the original principal amount of $57,805.55 (together

with the July 1, 2015 note, the "**Notes**"). The Notes were secured by all assets of Debtor, including three aircraft, perfected through the filing of a UCC-1 Financing Statement (and the filing of a Continuation Statement), as well as Notice of Recordation of Aircraft Security Conveyance with the FAA with respect to the three aircraft.

3. To date, the Debtor has paid nothing to Movant in connection with the Notes. In addition, the Debtor's schedules of assets and liabilities disclose that Debtor owns only one aircraft, suggesting that Debtor has illegally disposed of Movant's collateral.

4. In late June, Movant informally requested all documentation in the possession, custody, or control of Debtor relating to Debtor's transactions with Movant, but has not received a response.

5. By this Motion, Movant seeks, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, production of documents by Debtor regarding the following:

- All documents, including correspondence, notes, and any other evidence of communications between Debtor and Mays, regarding the Promissory Note issued by Debtor to Mays on July 1, 2015;

- All documents, including correspondence, notes, and any other evidence of communications between Debtor and Mays, regarding the Promissory Note issued by Debtor to Mays on January 15, 2018;

- All documents, including correspondence, notes, and any other evidence of communications between Debtor and Mays, regarding the Security Agreement executed by Debtor dated July 1, 2015 in favor of Mays;

- All documents, including correspondence, notes, and any other evidence of communications between Debtor and Mays, regarding the Aircraft Security Agreement executed by Debtor dated July 1, 2015 in favor of Mays; and,

- All documents, including correspondence, notes, and any other evidence of communications between Debtor and Mays, regarding the First Amendment to Aircraft Security Agreement dated September 18, 2018 executed by Debtor in favor of Mays.

6.    Upon the Court's entry of an order granting this motion, and pursuant to Bankruptcy Local Rule 2004-1(a), Movant's counsel will attempt to confer with Debtor's counsel regarding the scope and scheduling of the production of documents.

WHEREFORE, Movant respectfully requests that the Court enter an Order in substantially the form attached to this Motion as Exhibit "A":

(a)    Granting this Motion;

(b)    Authorizing Movant to compel Debtor to produce requested documents; and

(c)    Granting Movant such other and further relief as the Court deems just and proper.

Respectfully submitted, this 28th day of August, 2020.

          TAYLOR ENGLISH DUMA LLP

          *s/ John W. Mills, III*
          JOHN W. MILLS, III
          Georgia Bar No. 509705
          *jmills@taylorenglish.com*

          1600 Parkwood Circle, Suite 200
          Atlanta, Georgia 30339
          Telephone: 770-434-6868
          Facsimile: 770-434-7376

          *Attorney for Darrell Mays*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**In re:**                                                                                  Case No. 20-62473-pmb

**Ascension Air Management, Inc.,**                           Chapter 7

    **Debtor.**

**ORDER GRANTING MOTION OF DARRELL MAYS FOR RULE 2004 PRODUCTION OF DOCUMENTS BY DEBTOR**

The Motion of Darrell Mays ("**Movant**") for Rule 2004 Production of

Documents by Debtor ("**Motion**") having been read and considered, it is

**ORDERED** that the Motion is **GRANTED** to permit that production of documents by Debotor in accordance with FED. R. BANKR. R. 2004(b) at a mutually agreed time and place. If production of documents cannot be obtained voluntarily, Movant may compel production of documents as provided in FED. R. BANKR. P. 2004(c).

### END OF DOCUMENT

**Order prepared and presented by:**

TAYLOR ENGLISH DUMA LLP

*s/ John W. Millls, III*
JOHN W. MILLS, III
Georgia Bar No. 509705
jmills@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 770-434-6868
Facsimile: 770-434-7376

Attorney for Darrell Mays

**Distribution List:**

Michael D. Robl, Esq.
Robl Law Group, LLC
3754 LaVista Road, Suite 250
Tucker, Georgia 30084

Michael J. Bargar
Arnall Golden Gregory, LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

John W. Mills, III
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **MOTION OF DARRELL MAYS FOR RULE 2004 PRODUCTION OF DOCUMENTS BY DEBTOR** upon each of the parties listed below *via* first class United States mail, postage prepaid, as follows:

Michael D. Robl, Esq.
Robl Law Group, LLC
3754 LaVista Road, Suite 250
Tucker, Georgia 30084

*Counsel for Ascension Air Management, Inc.*

Michael J. Bargar
Arnall Golden Gregory, LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363

*Counsel for Chapter 7 Trustee S. Gregory Hays*

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

This 28th day of August, 2020.

TAYLOR ENGLISH DUMA LLP

*s/ John W. Mills, III*
JOHN W. MILLS, III
Georgia Bar No. 509705
*jmills@taylorenglish.com*