

**IT IS ORDERED as set forth below:**

**Date: September 1, 2020**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. **20-62473-pmb** |
| **ASCENSION AIR MANAGEMENT, INC.**, | CHAPTER 7 |
| Debtor. | |

### ORDER GRANTING MOTION FOR EXAMINATION
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

The Motion of Darrell Mays (the "Movant") for an order pursuant to Federal Rule of Bankruptcy Procedure 2004 to take discovery and conduct an examination of Ascension Air Management, Inc., filed herein on August 28, 2020 (Docket No. 041) (the "Motion"), having been read and considered it is

**ORDERED** that the Motion be, and the same hereby is, **granted** as follows: pursuant to Fed.R.Bankr.P. 2004(a), the Movant is authorized to proceed with discovery and conduct an examination of the Ascension Air Management, Inc. by and through its counsel of record in

accordance with Fed.R.Bankr.P. 2004(b) at a mutually agreed date, time, and place. It is further

**ORDERED** that the examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties, by announcement at the examination, or as set forth in a notice filed with the Court and served on Ascension Air Management, Inc. and its counsel and the case trustee. It is further

**ORDERED** that if attendance and, if applicable, production of designated documents in connection with said examination, cannot be obtained voluntarily, the Movant may compel such attendance and production of documents as stated in Fed.R.Bank.P. 2004(c) in the manner provided in Fed.R.Bank.P. 9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal Rule of Civil Procedure 45. It is further

**ORDERED** that Ascension Air Management, Inc. shall timely respond to any document requests made by the Movant in accordance with Fed.R.Bankr.P. 2004(c). Ascension Air Management, Inc. may assert written objections in good faith to the requests as if such requests had been served pursuant to Fed.R.Bankr.P. 7034, and shall produce to the Movant all responsive documents that are not subject to a valid timely asserted objection.

The Clerk is directed to serve a copy of this Order upon counsel for the Debtor, counsel for the Movant, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**

**Order prepared and presented by:**

TAYLOR ENGLISH DUMA LLP

*s/ John W. Millls, III*
JOHN W. MILLS, III
Georgia Bar No. 509705
jmills@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 770-434-6868
Facsimile: 770-434-7376

Attorney for Darrell Mays