UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62473-PMB |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**APPLICATION TO EMPLOY AUCTIONEER**

COMES NOW, S. Gregory Hays, duly appointed and acting Chapter 7 Trustee (the "**Applicant**") for the above-referenced bankruptcy estate (the "**Estate**"), and pursuant to 11 U.S.C. §327(a) shows the Court the following:

1.     Applicant is the duly qualified and acting Chapter 7 Trustee in this case.

2.     On February 10, 2020 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, initiating Case No. 20-62473-PMB (the "**Case**").

3.     On or about the same date, Trustee was appointed to the Case as interim Chapter 7 trustee under 11 U.S.C. § 701(a)(1), and remains the duly acting Trustee in the Case.

4.     Applicant wishes to employ BULLSEYE AUCTION & APPRAISAL, LLC ("**Bullseye**") as Applicant's Auctioneer.  Applicant shows that Bullseye is bonded and insured and well qualified to perform the work required in this case and is experienced in the matters for which auction and liquidation services are required.

5.     The professional services which Bullseye is to render include:

a)   To recover and make an inspection of a Cirrus Design Corp SR22T, Serial No. 0636, Registration No. N928CS (the "**Airplane**");

b)   To conduct a public auction or private sale of the Airplane as may result in net sale

15714219v1

proceeds to the Estate; and

c) Such other work as may be indicated by the Applicant's analysis of the Debtor and the Estate.

6. To the best of Applicant's knowledge, and except as otherwise disclosed herein and in the Bankruptcy Rule 2014 Verification of Scott Kenneth Schwartz, Bullseye has no connection with the aforementioned Debtor, its creditors, any party in interest in this case, their attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. Bullseye does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a), as that term is defined in 11 U.S.C. § 101(14). Disclosure is made, however, that Bullseye represents Applicant as an auctioneer in his role as Chapter 7 trustee in other cases, and it also represents Michael J. Bargar, a partner of Applicant's attorneys, as an auctioneer in his role as Chapter 7 trustee in other cases. The Affidavit of Scott Kenneth Schwartz, a member of Bullseye, is attached hereto, marked as Exhibit "A," and made a part hereof by reference.

7. Applicant shows that Bullseye has agreed to perform marketing, and auction services, subject to further application and order of the Court, as to the sale of the Property, for a five percent (5%) commission of the gross sale price, plus reimbursement by the Estate for any out-of-pocket expenses in an amount not to exceed FIVE HUNDRED AND NO/100S DOLLARS ($500.00).

15714219v1

Wherefore, Applicant prays that he be authorized to employ Bullseye to perform the professional services required in connection with this case and on the terms stated.

This 28th day of October, 2020.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/Michael J. Bargar*_____
    Michael J. Bargar
    GA Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
Phone: 404.873.8500
Fax: 404.873.8501
Email: michael.bargar@agg.com

15714219v1

**EXHIBIT "A" FOLLOWS**

STATE OF GEORGIA
COUNTY OF GWINNETT

## VERIFIED STATEMENT UNDER RULE 2014

Personally appeared before the undersigned officer duly authorized by law to administer oaths, SCOTT KENNETH SCHWARTZ, Georgia License Number 2643, of the firm of BULLSEYE AUCTION & APPRAISAL, LLC, who after being duly sworn, on oath deposes and says:

1)    I am a member of Bullseye Auction & Appraisal, LLC, an auction and appraisal firm fully bonded and operating under Georgia License Number 3575 and having offices at 500 Pike Park Drive, Suite F, Lawrenceville, Georgia 30046.

2)    To the best of my knowledge:

(a)    I am and every person in my firm is a "disinterested person" as that term is defined by 11 U.S.C. § 101(14) with regard to the Debtor, Ascension Air Management, Inc., Case No. 20-62473-PMB ("**Debtor**"), and its bankruptcy estate:

(b)    Neither I nor any member of my firm:

i.    Holds or represents an interest adverse to the bankruptcy estate of Debtor or Debtor;

ii.    Has had any business, professional or other connections up to the date of this Affidavit with Debtor, its creditors, or any other party in interest of which I am aware, and their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee within the purview of Rule 2014 of the Federal Rules of Bankruptcy Procedures and 11 U.S.C. § 327. Disclosure is made, however, that my firm and I have previously represented and do represent S. Gregory Hays (in his capacity as a bankruptcy trustee) as auctioneers in unrelated matters; or

iii.    Is related to any Judge of this Court, or so connected now or in the past with any Judge of this Court as to render such appointment improper.

FURTHER AFFIANT SAYETH NAUGHT.

Sworn to and subscribed before me
This 23rd day of October, 2020.

_____
Notary Public
My Commission Expires: 8-5-2022

15705206v1

BULLSEYE AUCTION & APPRAISAL, LLC

By _____
SCOTT KENNETH SCHWARTZ

R. W. SAMMONS
Notary Public, Georgia
Gwinnett County
My Commission Expires
8-5-2022

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Application to Employ Auctioneer*

upon each of the following:

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Ascension Air Management, Inc.
2447 Field Way NE
Atlanta, GA 30319

by depositing a copy of the same in the United States Mail in an envelope properly addressed with

sufficient postage to assure delivery.

This 28th day of October, 2020.

/s/ Michael J. Bargar
Michael J. Bargar
GA Bar No. 645709

15714219v1