

**IT IS ORDERED as set forth below:**

**Date: October 29, 2020**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62473-PMB |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO EMPLOY
AUCTIONEER, SUBJECT TO OBJECTION**

S. Gregory Hays, duly appointed Chapter 7 Trustee ("**Applicant**") for the bankruptcy estate (the "**Estate**") of Ascension Air Management, Inc. ("**Debtor**"), filed an Application to Employ Auctioneer (the "**Application**") [Doc. No. 44] filed on October 28, 2020, to employ Bullseye Auction & Appraisal, LLC ("**Bullseye**") as his Auctioneer to recover, make an inspection of and sell a Cirrus Design Corp SR22T, Serial No. 0636, Registration No. N928CS (the "**Airplane**"), pursuant to the purposes and terms more specified in the Application.

No notice or hearing on the Application is necessary. Based upon the verified statement included with the Application, it appears that (a) Bullseye does not represent any interest adverse to

15714509v1

the Estate and is disinterested as that term is defined in 11 U.S.C. §101(14) and (b) this case justifies employment of professionals for the purpose specified.

Subject to objection filed by the United States Trustee, the Debtor, or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is here by **ORDER** and **ADJUDGED** as follows:

1.    Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 20014, the employment of Bullseye to represent the Trustee and the Estate with respect to the Airplane as set forth in the Application is hereby approved.

2.    No compensation shall be paid to Bullseye until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the United States Trustee, counsel for Debtor, and all other parties in interest.

Any objection to this Order shall be served on the United States Trustee, the Trustee, and Debtor.  If an objection is timely filed, the Trustee shall schedule a hearing on the Application and such objection pursuant to the Courts Open Calendar Procedures, and shall provide notice of such hearing on the Debtor, United States Trustee, and the objecting party.

**[END OF DOCUMENT]**

**[INTENTIONALLY LEFT BLANK]**

15714509v1

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    GA Bar No.  645709
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363.1031
Tel: (404) 873-8500
Fax: (404) 873-8501
Email:  michael.bargar@agg.com

15714509v1

## DISTRIBUTION LIST

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363.1031

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Ascension Air Management, Inc.
2447 Field Way NE
Atlanta, GA 30319

All parties on the mailing matrix

15714509v1