UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62473-PMB |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee for the | ) | |
| Estate of Ascension Air Management, Inc., | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| V. | ) | |
| | ) | |
| AERO SPECIALTY FINANCE, LLC and | ) | |
| CARROLTON BANK, its Assignee, and | ) | |
| DEKALB COUNTY TAX COMMISSIONER, | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING**

**PLEASE TAKE NOTICE** that on January 11, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Ascension Air Management, Inc. ("**Debtor**"), filed Trustee's *Motion for an Order (A) Authorizing (I) Sale at Public Auction of Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (II) the Disbursement of Certain Proceeds at Closing and (B) Approving the Settlement Between Trustee and Aero Specialty Finance, LLC* [Doc. No. 47] (the "**Motion**") with the Court, seeking, among other things, an order from the Court (a) authorizing the sale of a Cirrus Design Corp SR22T, Serial No. 0636, Registration No. N928CS (the "**Airplane**") at public auction, pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a),

15793438v1

6004(c), and 9014 (the "**Sale**") and (b) for approval of the proposed settlement agreement (the "**Settlement**") between Trustee and Aero Specialty Finance, LLC ("**Aero Specialty**"), whereby (i) Aero Specialty consents to Trustee's sale of the Airplane; and (ii) the Bankruptcy Estate will have a carve-out from Aero Specialty security interest in the Airplane in the amount of $30,000.00 (the "**Estate Carve-Out**").  The exact terms of the Settlement and the Sale are set forth in the Motion.  The auction will occur within thirty (30) to sixty (60) days of the Court's order approving the Settlement and Sale.  Upon further application to the Court, the auctioneer will be paid a five percent (5%) commission, plus out-of-pocket expenses not to exceed $500.00.

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Motion has been scheduled for **February 8, 2021 at 1:35 p.m.**, in **Courtroom 1202**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.  If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no

15793438v1

order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

*Given the current public health crisis, <u>hearings may be telephonic only</u>. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."*

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated:   January 11, 2021.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:   */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
404-873-7031

15793438v1