

**IT IS ORDERED as set forth below:**

**Date: February 5, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62473-PMB |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee for the | ) | |
| Estate of Ascension Air Management, Inc., | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| V. | ) | |
| | ) | |
| AERO SPECIALTY FINANCE, LLC and | ) | |
| CARROLTON BANK, its Assignee, and | ) | |
| DEKALB COUNTY TAX COMMISSIONER, | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON TRUSTEE'S MOTION FOR AN ORDER (I) AUTHORIZING (A) THE SALE
AT PUBLIC AUCTION OF PROPERTY OF THE BANKRUPTCY ESTATE FREE AND
CLEAR OF ALL LIENS, INTERESTS, AND ENCUMBRANCES AND (B) THE
DISBURSEMENT OF CERTAIN PROCEEDS AT CLOSING AND (II) APPROVING THE
SETTLEMENT BETWEEN TRUSTEE AND AERO SPECIALTY FINANCE, LLC**

16162302v1

On January 11, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Ascension Air Management, Inc. ("**Debtor**"), filed *Trustee's Motion for an Order (I) Authorizing (A) the Sale at Pubic Auction of Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (B) the Disbursement of Certain Proceeds at Closing and (II) Approving the Settlement Between Trustee and Aero Specialty Finance, LLC* [Doc. No. 47] (the "**Motion**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), 9014, and 9019. In the Motion, Trustee is seeking, among other things, an order from the Court (a) authorizing the sale (the "**Sale**") of a Cirrus Design Corp SR22T, Serial No. 0636, Registration No. N928CS (the "**Airplane**") at public auction and (b) for approval of the proposed settlement (the "**Settlement**") between Trustee and Aero Specialty Finance, LLC ("**Aero Specialty**"), whereby (i) Aero Specialty consents to Trustee's sale of the Airplane; and (ii) the Bankruptcy Estate will have a carve-out from Aero Specialty security interest in the Airplane in the amount of $30,000.00 (the "**Estate Carve-Out**"). The exact terms of the Settlement and the Sale are set forth in the Motion.

Also on January 11, 2021, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 49] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on January 11, 2021. [Doc. No. 50].

The Notice provided notice of the opportunity to object and for hearing scheduled for February 8, 2021 at 1:35 p.m., pursuant to the procedures in General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

16162302v1

Having considered the Motion and all other matters of record, including the lack of objection by any creditor or party in interest to the relief requested in the Motion, and based on the foregoing, finding that no further notice or hearing is necessary; and, the Court having found good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Sale is **APPROVED** and Trustee is authorized to sell the Airplane at public auction. It is further

**ORDERED** that upon consummation of the Sale of the Airplane, the transfer and assignment of the Airplane shall be free and clear of all liens, claims, interests, and encumbrances of any kind or nature whatsoever, with any valid, perfected, enforceable, and unavoidable lien attaching to the proceeds of the Sale with the same validity, priority, and extent that it had in the Airplane. It is further

**ORDERED** that the sale of the Airplane by Trustee is "as is," "where is," and without representation or warranty, express or implied, from Trustee. It further

**ORDERED** that Trustee is authorized to sign all documents necessary to transfer title of the Airplane as set forth herein. It is further

**ORDERED** that Trustee is authorized to make those distributions set forth in the Motion, following the closing of the Sale. It is further

**ORDERED** that Settlement is **APPROVED** and its terms are incorporated herein. It is further

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement. It is further

16162302v1

**ORDERED** that this Court retains exclusive jurisdiction over any action relating to, based upon, or arising from: (i) disputes or controversies relating to or concerning the Sale of the Airplane, (ii) interpretation, implementation, and enforcement this Order, and (iii) resolution of any disputes regarding or concerning the Settlement. It is further

**ORDERED** that, under Fed. R. Bankr. P. 6004(h), this Order shall be effective and enforceable immediately upon entry, and its provisions shall be self-executing. In the absence of any person or entity obtaining a stay pending appeal, Trustee is authorized to proceed to auction publicly the Airplane at any time.

### [END OF DOCUMENT]

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
michael.bargar@agg.com

**Identification of parties to be served:**

Office of the United States Trustee, 362 Richard B. Russell Bldg., 75 Ted Turner Drive, SW, Atlanta, Georgia 30303

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363-1031

S. Gregory Hays, Chapter 7 Trustee, Hays, Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

16162302v1

Aerial Specialty Financial, LLC, c/o Brian P. Hall, Smith, Gambrell & Russell, LLP, Promenade, Suite 3100, 1230 Peachtree Street, N.E., Atlanta, GA 30309

Scott Schwartz. Bullseye Auction & Appraisal, LLC, 500 Pike Park Drive, Suite F, Lawrenceville, GA 30046

Michael D. Robl, Robl Law Group LLC, Suite 250, 3754 LaVista Road, Tucker, GA 30084

Irvin J. Johnson, DeKalb County Tax Commissioner, 4380 Memorial Drive #100, Decatur, GA 30032

Ascension Air Management, Inc., 2447 Field Way Drive, Atlanta, GA 30319

16162302v1