**IT IS ORDERED as set forth below:**



Date: March 31, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ASCENSION AIR MANAGEMENT, INC, | : | CASE NO. 20-62473-pmb |
| | : | |
| Debtor. | : | JUDGE BAISIER |

**ORDER APPROVING EMPLOYMENT OF ACCOUNTANT
SUBJECT TO OBJECTION (HOURLY FEE)**

S. Gregory Hays, the Chapter 7 Trustee (the "**Trustee**"), filed an *Application for Appointment of Accountants* (the "**Application**") [Docket No. 53] requesting authority to employ Hays Financial Consulting, LLC ("**HFC**") on March 30, 2021. HFC will serve the Trustee on an hourly fee basis. No notice or hearing on the Application is necessary. Based upon the affidavit included in the Application, it appears that HFC is a firm of accountants qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified.

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of the entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. §327(a) and FED R. BANKR. P. 2014, the employment of HFC to represent the Trustee and the estate on the basis set forth in the Application is hereby approved.

2. No compensation shall be paid to HFC until the Court has allowed such compensation in accordance with 11 U.S.C. §330 and 331 and FED R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the Debtor, Debtor's Counsel, Chapter 7 Trustee, the United States Trustee, and all interested parties.[1]

3. Any objection to this Order shall be served on the United States Trustee, HFC, the Trustee, Debtor, and counsel for Debtor. If an objection is timely filed, counsel for the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures and shall provide notice of such hearing to the United States Trustee, HFC, Debtor, counsel for Debtor, and the objecting party.

Trustee is directed to serve a copy of this Order on the Debtor, counsel for the Debtor, United States Trustee, HFC, all counsel that have filed a request for notices in this case, and all creditors that have filed a proof of claim in this case, and to file with the Court a Certificate of Service indicating such service, all within three business days of the entry of this Order.

**END OF DOCUMENT**

---

[1] See the United States Trustee Guideline for Reviewing Applications for Compensation.

Prepared and presented by:

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
2964 Peachtree Street, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060