UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ASCENSION AIR MANAGEMENT, INC, | : | CASE NO. 20-62473-PMB |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

By Order entered on February 5, 2021 [Doc. No. 51], this Court authorized the Trustee to sell by public auction personal property of the estate known as a Cirrus Design Corp SR22T, Serial No. 0636, Registration No. N928CS (the "**Airplane**").

2.

The Trustee held a public on-line auction of the Airplane, which concluded on March 24, 2021. The Airplane sold for $503,000.00 ("**Purchase Price**") to Brendon Cassity/Professional Employee Services ("**Purchaser**"). Attached as Exhibit "A" is an invoice which lists the purchaser, item sold and the purchase price.

3.

The Trustee reports that he has received payment of the Purchase Price plus applicable sales taxes and has completed the delivery of the Airplane to Purchaser.

Respectfully submitted this 5th day of May, 2021.

      /s_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060

# Exhibit "A"

Case 20-62473-pmb    Doc 57    Filed 05/05/21    Entered 05/05/21 14:28:04    Desc Main
Document      Page 3 of 5



Bullseye Auction & Appraisal
500 Pike Park Drive
Suite F
Lawrenceville, GA 30046
Phone: (770) 544-7479
Fax: (888) 544-7479

Paddle #: 2159
Invoice #: 2159-171670-1
Date: 26-Mar-2021 02:58 EDT

Thank you for your participation in our auction today. This is your invoice for items you won. Please note there are two totals shown.

The **CASH TOTAL DUE** is the amount owed with bank wire payment..
The **CREDIT TOTAL DUE - PEASE IGNORE THIS AMOUNT**

### Buyer Information

| | |
|---|---|
| Buyer Name: | Brendon Cassity |
| Paddle #: | 2159 |

### Auction Information

| | |
|---|---|
| Auction: | Cirrus SR22T GTS Gen 5 |
| Date: | 03/24/2021 |
| Location: | 1 Aviation Way<br>Peachtree Dekalb Airport (PDK)<br>Atlanta, GA 30341 |

| Lot | Paddle | Description | Qty | Bid | Sale Price | Premium | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 2159 | 2013 CirrusSR22T GTS Gen 5 - N928CS - Serial #0636 | 1 | $503,000.00 | $503,000.00 | $0.00 * | $40,240.00 | $543,240.00 |
| Total Lots: 1 | | | Totals: | | $503,000.00 | $0.00 | $40,240.00 | $543,240.00 |

**PAID IN FULL**

| | |
|---|---|
| SubTotal: | $543,240.00 |
| Cash Total Due: | $0.00 |
| Paid Wire Transfer:<br>Bank:<br>Bank | $543,240.00 |

Tax codes used: Georgia 8%

**Bank Wire instructions will be sent under separate cover.**

2159-171670-1                                                                                                                         PAID

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Aerial Specialty Financial, LLC,
c/o Brian P. Hall
Smith, Gambrell & Russell, LLP,
Promenade, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Irvin J. Johnson
DeKalb County Tax Commissioner,
4380 Memorial Drive #100
Decatur, GA 30032

Ascension Air Management, Inc.
2447 Field Way Drive
Atlanta, GA 30319

Michael D. Robl
Robl Law Group LLC
Suite 250, 3754 LaVista Road
Tucker, GA 30084

This 5th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　/s  *S. Gregory Hays*
　　　　　　　　　　　　　　　　　　　　S. Gregory Hays
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060