UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62473-PMB |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR AUTHORITY TO PAY BULLSEYE AUCTION & APPRAISAL, LLC COMMISSION AND EXPENSES**

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for Ascension Air Management, Inc., and hereby files *Trustee's Motion for Authority to Pay Bullseye Auction & Appraisal LLC Commission and Expenses* (the "**Motion**"). In support of the Motion, Trustee respectfully shows as follows:

### Jurisdiction and Venue

1.  The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### Background

*a. General Background*

2.  On February 10, 2020 (the "**Petition Date**"), Ascension Air Management, Inc. (the "**Debtor**") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division ("**Bankruptcy Court**"), initiating Chapter 7 Case No. 20-62473-PMB (the "**Bankruptcy Case**"). Trustee was subsequently

16373425v1

appointed the duly acting Chapter 7 trustee in the Bankruptcy Case and became the permanent Trustee at the conclusion of the Meeting of Creditors.

3. At the commencement of the Bankruptcy Case, all legal and equitable rights of Debtor became property of its bankruptcy estate (the "**Bankruptcy Estate**"), and Trustee was and continues to be the sole representative of the Bankruptcy Estate.

### b. The Airplane

4. On its *Schedule A/B: Assets – Real and Personal Property* [Doc. No. 1 at page 8 of 27], Debtor scheduled its sole ownership interest in a Cirrus Design Corp SR22T, Serial No. 0636. Registration No. N928CS (the "**Airplane**").

5. On its *Schedule D: Creditors Who Have Claims Secured by Property* [Doc. No. 1 at page 11 of 27], Debtor scheduled two claims secured by an interest in the Airplane: (1) in the amount of $474,742.81 in favor of Aero Specialty Finance LLC ("**Aero Specialty**"); and (2) in the amount of $500,000.00 in favor of Darrell Mays. Based on conversations with counsel for Mr. Mays, he does not claim an interest in the Airplane, despite Debtor's schedules indicating that he has an interest in it.

### b. Employment of Scott Schwartz and Bullseye Auction

6. On October 30, 2020, the Court entered an order [Doc. No. 45] authorizing Trustee to employ Scott Schwartz of Bullseye Auction and Appraisal, LLC ("**Bullseye**") to act as auctioneer for the Bankruptcy Estate.

### c. Motion to Sell Airplane

7. On January 11, 2021, Trustee filed *Trustee's Motion for an Order (A) Authorizing (I) Sale at Public Auction of Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (II) the Disbursement of Certain Proceeds at Closing and (B)*

2

*Approving the Settlement Between Trustee and Aero Specialty Finance, LLC* [Doc. No. 47] (the "**Sale and Settlement Motion**"), seeking, among other things, an order from the Court (a) authorizing the sale of the Airplane at public auction; and (b) approving the proposed settlement agreement (the "**Settlement**") between Trustee and Aero Specialty Finance, LLC ("**Aero Specialty**"), whereby (i) Aero Specialty consented to Trustee's sale of the Airplane; and (ii) the Bankruptcy Estate would receive a carve-out from Aero Specialty security interest in the Airplane in the amount of $30,000.00 (the "**Estate Carve-Out**").

8. After notice and a hearing, the Court entered an order [Doc. No. 51] granting the Sale and Settlement Motion (the "**Order Granting the Sale and Settlement Motion**").

### d. Sale of the Airplane

9. After taking appropriate steps in accordance with the Order Granting the Sale and Settlement Motion, on or about Mach 24, 2021, Bullseye auctioned the Airplane, and Trustee closed the sale (the "**Sale**") of the Airplane on or about March 29, 2021 for $503,000.00, plus the collection of sales tax. *See* [Doc. No. 57].

10. As a result of closing the Sale, Bullseye is entitled to a 5% commission and the costs of sale, which are $500.00. A true and correct copy of a seller statement (the "**Seller Statement**"), reflecting a detailed accounting of the expenses incurred by Bullseye is attached hereto and incorporated herein by reference as Exhibit "A." As set forth on the Seller Statement, Bullseye has incurred expense much greater than $500.00, but it has voluntarily reduced these expenses to $500.00.

### Relief Requested

11. Trustee requests authority to pay (from the remaining Sale proceeds) Bullseye $25,150.00 in commission (or, 5% of the sale price of $503,000.00) and expenses of $500.00.

16373425v1

## Basis for Relief Requested

12. Bullseye has successfully sold the Airplane for a total gross amount of $503,000.00. This is a very good result.

13. Good cause exists for payment of the resulting commission and reimbursement of expenses.

WHEREFORE, Trustee respectfully requests that the Court enter an order:

(A) Authorizing Trustee to pay Bullseye $25,150.00 in commission (or, 5% of the sale price of $503,000.00) and expenses of $500.00 from the Sale of the Airplane; and

(B) Granting such other and further relief as the Court deems just or appropriate.

Respectfully submitted this 5th day of May, 2021.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031
Phone: 404-873-7030

16373425v1

**EXHIBIT "A" FOLLOWS**

16373425v1



**www.BullseyeAuctions.com**

500 Pike Park Drive  |  Suite F  |  Lawrenceville, GA 30046

770-544-7479 phone  |  888-544-7479 fax

www.BullseyeAuctions.com

# Seller Settlement

## Seller Information

**Seller Name:** Grey Hays
**Company Name:** Chapter 7 Bankruptcy Trustee
**Address:** 2964 Peachtree Road, WW
Suite 555
**City, State & Zip:** Atlanta, GA  30305
**Email Address:** ghays@haysconsulting.net
**Phone:**

## Auction Information

**Auction:** 2013 Cirrus SR22T
**Date:** Wednesday, March 24, 2021
**Time:** 11:00am EST
**Location:** 1 Aviation Way
Atlanta, GA  30341

## Expenses

| Date | Amount | Merchant | Description |
|---|---|---|---|
| 3/24/2021 | $200.00 | Bidwrangler | Online Auction Access |
| 3/10/2021 | $100.00 | Facebook | Advertising |
| 2/26/2021 | $35.00 | Aircraftdealer.com | Advertising |
| 3/1/2021 | $400.00 | Epps Aviaiton | Towing of Aircraft |
| 3/1/2021 | $752.92 | DLK Aviation | Battery Installation |
| 2/18/2021 | $29.95 | Trade A Plane | Advertising |
| **Total of Expenses:** | **$1,517.87** | | |

## Summary

| | |
|---|---|
| Auction Gross: | $503,000.00 |
| Auctioneer Commissions: | -$25,150.00 |
| Adjusted Auction Gross: | $477,850.00 |
| Total Auction Expenses: | -$1,517.87 |
| Credits: | $1,017.87  *(marketing expenses exceeded $500 budget)* |
| **Auction Net to Seller:** | **$477,350.00** |

# CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, I caused to be served the foregoing *Trustee's Motion for Authority to Pay Bullseye Auction & Appraisal LLC Commission and Expenses* by first class U.S. mail, postage prepaid, upon the entities identified below at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Ascension Air Management, Inc.
2447 Field Way Drive
Atlanta, GA 30319

Michael D. Roble
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Aerial Specialty Financial, LLC
c/o Brian P. Hall
Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Scott Schwartz
Bullseye Auction & Appraisal
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

John W. Mills, III
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

This 5th day of May, 2021.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

16373425v1