UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62473-PMB |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on May 6, 2021, I, Michael J. Bargar, caused to be served a true and correct copy of the *Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 59] by first class United States Mail, postage prepaid, on all of those entities set forth at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Ascension Air Management, Inc.
2447 Field Way Drive
Atlanta, GA 30319


Michael D. Roble
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Aerial Specialty Financial, LLC
c/o Brian P. Hall
Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Scott Schwartz
Bullseye Auction & Appraisal
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

John W. Mills, III
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

This is to certify further that on May 6, 2021, I, Michael J. Bargar, caused to be served copies of the *Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 59] by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

AGG\16535279v1

Respectfully submitted this 6th day of May, 2021.

                      ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

|  |  |
|---|---|
| | By:*/s/ Michael J. Bargar* |
| 171 17th Street, NW, Suite 2100 | Michael J. Bargar |
| Atlanta, Georgia 30363 | Georgia Bar No. 645709 |
| Phone: (404) 873-8500 | michael.bargar@agg.com |

AGG\16535279v1

**EXHIBIT "A" FOLLOWS**

AGG\16535279v1

```
Label Matrix for local noticing        Aero Specialty                         Aero Specialty Finance, LLC
113E-1                                 18216 Edison Avenue                    18216 Edison Avenue
Case 20-62473-pmb                      Chesterfield, MO 63005-3704            Chesterfield, MO 63005-3704
Northern District of Georgia
Atlanta
Thu May  6 08:51:25 EDT 2021

Air Columbia, LLC                      Air JP, LLC                            Jonathan A Akins
c/o Jonathan A. Akins                  c/o Jonathan A. Akins                  Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street NE, Suite 800    Schreeder, Wheeler & Flint, LLP        Suite 800
Atlanta, GA 30309-4516                 1100 Peachtree Street NE, Suite 800    1100 Peachtree Street NE
                                       Atlanta, GA 30309-4516                 Atlanta, GA 30309-4516

Alan Armstrong, Esq.                   Alan Armstrong                         Ascension Air Management, Inc
2900 Tucker Road                       2900 Chamblee Tucker Road              2447 Field Way NE
Bldg. 5-350                            Building 5, Ste. 350                   Atlanta, GA 30319-4094
Atlanta, GA 30341                      Atlanta, GA 30341-4100


BPAJRNEA Aviation, LLC                 Michael J. Bargar                      Graham Keith Brantley
One Sugarloaf Centre, Suite 4000       Arnall Golden Gregory, LLP             Anderson Tate & Carr, P.C.
1960 Satellite Blvd.                   Suite 2100                             Suite 4000
Duluth, GA 30097-4122                  171 17th Street, N.W.                  1960 Satellite Blvd.
                                       Atlanta, GA 30363-1031                 Duluth, GA 30097-4128

Bullseye Auction & Appraisal, LLC      CLBD Real Estate Holdings, LLC         Darrell Mays
Mr. Scott Schwartz                     c/o McBRYAN, LLC                       c/o John Monahon Esq; Ste 500
500 Pike Park Drive, Suite F           6849 Peachtree Dunwoody Road           400 Colony Sq. 1202 Peachtree
Lawrenceville, GA 30046-2416           Building B-3, Suite 100                Atlanta, GA 30361-6302
                                       Atlanta, GA 30328-1608

Darrell Mays c/o John Mills, Esq.      Executive Visions, Inc.                Gary V. Stiner, Jr.
Taylor English Duma LLP                7000 Miller Court East                 2004 Commerce Drive North
1600 Parkwood Circle, Suite 200        Norcross, GA 30071-1454                Suite 200
Atlanta, Ga 30339-2119                                                        Peachtree City, GA 30269-3564

S. Gregory Hays                        Hays Financial Consulting, LLC         Lydia M Hilton
Hays Financial Consulting, LLC         S. Gregory Hays                        Berman Fink Van Horn, P.C.
Suite 555                              2964 Peachtree Road NW                 3475 Piedmont Road, N.E., Suite 1100
2964 Peachtree Road                    Suite 555                              Atlanta, GA 30305-6400
Atlanta, GA 30305-4909                 Atlanta, Ga 30305-4909

Holland Family Trust                   IRS                                    JPMorgan Chase Bank, N.A.
                                       Cincinnati, OH 45999-0038              s/b/m/t Chase Bank USA, N.A.
                                                                              c/o Robertson, Anschutz & Schneid, P.L.
                                                                              6409 Congress Avenue, Suite 100
                                                                              Boca Raton, FL 33487-2853

Jamail Larkins                         James C. Joedecke Jr.                  John Probst
2447 Field Way NE                      Andersen, Tate & Carr, PC              371 Clear Spring Ct
Atlanta, GA 30319-4094                 One Sugarloaf Centre - Suite 4000      Marietta, GA 30068-3410
                                       1960 Satellite Blvd.
                                       Duluth, GA 30097-4122

Robert Perry Mangum                    Louis G. McBryan                       John M. McGovern
Turner Padget Graham & Laney, P.A.     McBryan, LLC                           McGovern Law Firm
209 Seventh Street, 3rd Floor          Building B-3, Suite 100                7000 Miller Court East
PO Box 1495                            6849 Peachtree Dunwoody Road           Norcross, GA 30071-1454
Augusta, GA 30903-1495                 Atlanta, GA 30328-1608
```

| | | |
|---|---|---|
| John W. Mills III<br>Taylor English Duma LLC<br>Suite 200<br>1600 Parkwood Circle<br>Atlanta, GA 30339-2119 | Multi Service<br>8600 West 100th St<br>Overland Park, KS 66210 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Pallet Central Enterprises, Inc.<br>c/o Gary V. Stiner, Jr.<br>2004 Commerce Drive North<br>Suite 200<br>Peachtree City, GA 30269-3564 | Region Capital<br>323 Sunny Isles Blvd Suite 501<br>North Miami Beach, FL 33160-4675 | Michael D. Robl<br>Robl Law Group LLC<br>Suite 250<br>3754 LaVista Road<br>Tucker, GA 30084-5623 |
| Sutlive Aviation, LLC<br>c/o Turner Padget<br>PO Box 1495<br>Augusta, GA 30903-1495 | Sutlive Aviation, LLC<br>c/o Robert P. Mangum, Esq.<br>PO Box 1495<br>Augusta, GA 30903-1495 | The Holland Family Trust, Mason Holland Trus<br>Lydia M. Hilton, Berman Fink Van Horn PC<br>3475 Piedmont Road, Suite 1100<br>Atlanta, GA 30305-6400 |
| Triple T Holdings, Inc.<br>c/o 2900 Chamblee Tucker Road<br>Bldg.5-350<br>Atlanta, GA 30341 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Air Columbia, LLC | (u)Air JP, LLC | (u)BPAJRNEA Aviation, LLC |
| (u)CLBD Real Estate Holdings, LLC | (u)Executive Visions Inc. | (u)MMT, LLC |
| (u)Darrell Mays | (u)Triple T Holdings, Inc. | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     8<br>Total                  48 |