**IT IS ORDERED as set forth below:**



**Date: June 2, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62473-PMB |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO PAY BULLSEYE
AUCTION & APPRAISAL, LLC COMMISSION AND EXPENSES**

On May 5, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Estate**") of Ascension Air Management, Inc. filed *Trustee's Motion for Authority to Pay Bullseye Auction & Appraisal, LLC Commission and Expenses* [Doc. No. 58] (the "**Motion**"), seeking authority to pay $25,150.00 in commission (5% of the gross sale price) and $500.00 in expenses to Bullseye Auction and Appraisal, LLC resulting from the closing of the sale of that certain Cirrus Design Corp SR22T, Serial No. 0636, Registration No. N928CS.

On May 6, 2021, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 59] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-

16629249v1

2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on May 6, 2021 [Doc. No. 60].

The Notice provided notice of the opportunity to object whereupon a hearing would be held on June 7, 2021 at 1:35 P.m., pursuant to the procedures set forth in General Order No. 24-2018. No one filed an objection to the Motion prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is GRANTED: The fees and expenses requested in the Motion are APPROVED. It is further

**ORDERED** that Trustee is hereby authorized to disburse funds from the Estate to Bullseye Auction and Appraisal, LLC in the amount of $25,150.00 in commission (5% of the gross sale price) and $500.00 in expenses as an administrative expenses of the estate. It is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

[END OF THE DOCUMENT]

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/Michael J. Bargar*
　　Michael J. Bargar
　　Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
michael.bargar@agg.com
 (404) 873-7030

16629249v1

# DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Ascension Air Management, Inc.
2447 Field Way Drive
Atlanta, GA 30319

Michael D. Roble
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Aerial Specialty Financial, LLC
c/o Brian P. Hall
Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Scott Schwartz
Bullseye Auction & Appraisal
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

John W. Mills, III
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

16629249v1