**IT IS ORDERED as set forth below:**



Date: June 2, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62473-PMB |
| | ) | |
| ASCENSION AIR MANAGEMENT, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO PAY BULLSEYE AUCTION & APPRAISAL, LLC COMMISSION AND EXPENSES**

On May 5, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Estate**") of Ascension Air Management, Inc. filed *Trustee's Motion for Authority to Pay Bullseye Auction & Appraisal, LLC Commission and Expenses* [Doc. No. 58] (the "**Motion**"), seeking authority to pay $25,150.00 in commission (5% of the gross sale price) and $500.00 in expenses to Bullseye Auction and Appraisal, LLC resulting from the closing of the sale of that certain Cirrus Design Corp SR22T, Serial No. 0636, Registration No. N928CS.

On May 6, 2021, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 59] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-

16629249v1

2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on May 6, 2021 [Doc. No. 60].

The Notice provided notice of the opportunity to object whereupon a hearing would be held on June 7, 2021 at 1:35 P.m., pursuant to the procedures set forth in General Order No. 24-2018.  No one filed an objection to the Motion prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is GRANTED:  The fees and expenses requested in the Motion are APPROVED. It is further

**ORDERED** that Trustee is hereby authorized to disburse funds from the Estate to Bullseye Auction and Appraisal, LLC in the amount of $25,150.00 in commission (5% of the gross sale price) and $500.00 in expenses as an administrative expenses of the estate. It is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

[END OF THE DOCUMENT]

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW,   Suite 2100
Atlanta, Georgia 30363-1031
michael.bargar@agg.com
 (404) 873-7030

16629249v1

# DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Ascension Air Management, Inc.
2447 Field Way Drive
Atlanta, GA 30319

Michael D. Roble
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Aerial Specialty Financial, LLC
c/o Brian P. Hall
Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Scott Schwartz
Bullseye Auction & Appraisal
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

John W. Mills, III
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

16629249v1

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 20-62473-pmb |
| Ascension Air Management, Inc | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: sls | Page 1 of 2 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf415 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ascension Air Management, Inc, 2447 Field Way NE, Atlanta, GA 30319-4094 |
| | + | AerialSpecialtyFin,LLC,c/o Brian, P.Hall,Smith,Gambrell&Russell,LLP, Promenade, Suite 3100, 1230 Peachtree St, N.E., Atlanta, GA 30309-3592 |
| | + | Ascension Air Management,Inc., 2447 Field Way Drive, Atlanta, GA 30319-4094 |
| | + | John W. Mills, III, Taylor English Duma LLP, 1600 Parkwood Circle, Ste 200, Atlanta, GA 30339-2119 |
| | + | Michael D. Roble, Robl Law Group LLC, Suite 250, 3754 LaVista Road, Tucker, GA 30084-5623 |
| | + | Scott Schwartz, Bullseye Auction & Appraisal, 500 Pike Park Drive, Ste F, Lawrenceville, GA 30046-2416 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jun 02 2021 20:41:00 | Office of the US Trustee, 362 Richard B. Russell Fed. Bldg, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3330 |
| | + | Email/Text: ghays@haysconsulting.net | Jun 02 2021 20:42:00 | S. Gregory Hays, Hays Financial Consulting,LLC, 2964 Peachtree Road,Suite 555, Atlanta, GA 30305-4909 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 113E-9 | User: sls | Page 2 of 2 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf415 | Total Noticed: 8 |

| Name | Email Address |
|---|---|
| Graham Keith Brantley | on behalf of Creditor BPAJRNEA Aviation  LLC gbrantley@atclawfirm.com, graybrantley@atclawfirm.com |
| James C. Joedecke, Jr. | on behalf of Creditor BPAJRNEA Aviation  LLC jjoedecke@atclawfirm.com, tgreen@atclawfirm.com |
| John M. McGovern | on behalf of Creditor Executive Visions Inc. jmcgovern@mcgovernfirm.com  jmmcgov@protonmail.com |
| John W. Mills, III | on behalf of Creditor Darrell Mays mwilson@taylorenglish.com;bjones@taylorenglish.com |
| Jonathan A Akins | on behalf of Creditor Air Columbia  LLC jakins@swfllp.com |
| Jonathan A Akins | on behalf of Creditor Air JP  LLC jakins@swfllp.com |
| Louis G. McBryan | on behalf of Creditor CLBD Real Estate Holdings  LLC lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com;cchristy@mcbryanlaw.com |
| Lydia M Hilton | on behalf of Creditor Holland Family Trust lhilton@bfvlaw.com  mdorsett@bfvlaw.com |
| Lydia M Hilton | on behalf of Interested Party MMT  LLC lhilton@bfvlaw.com, mdorsett@bfvlaw.com |
| Michael D. Robl | on behalf of Debtor Ascension Air Management  Inc michael@roblgroup.com, lelena@roblgroup.com;shannon@roblgroup.com |
| Michael J. Bargar | on behalf of Trustee S. Gregory Hays michael.bargar@agg.com  carol.stewart@agg.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Robert Perry Mangum | on behalf of Interested Party Sutlive Aviation  LLC rmangum@turnerpadget.com, aleighty@turnerpadget.com |
| S. Gregory Hays | ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 14